**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **PJR Construction Group, Inc.** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **47-5424815** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**200 Village Center Dr.**
**PO Box 6595**
**Freehold, NJ 07728**
Number, Street, City, State & ZIP Code

**Monmouth**
County

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **PJR Construction Group, Inc.**    Case number *(if known)* _____
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____23____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **PJR Construction Group, Inc.**
　　　　　Name   Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **PJR Construction Group, Inc.**                                    Case number (*if known*) _____
Name

- ☐ $50,001 – $100,000
- ☐ $100,001 – $500,000
- ☐ $500,001 – $1 million

- ☐ $10,000,001 – $50  million
- ☐ $50,000,001 – $100 million
- ☐ $100,000,001 – $500 million

- ☐ $1,000,000,001 – $10 billion
- ☐ $10,000,000,001 – $50 billion
- ☐ More than $50 billion

Debtor    **PJR Construction Group, Inc.**    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 16, 2022**
               MM / DD / YYYY

X **/s/ Adam Lieberman**                              **Adam Lieberman**
  Signature of authorized representative of debtor      Printed name

Title    **Sole Officer, Director and Shareholder**

**18. Signature of attorney**

X **/s/ Jay L. Lubetkin**                    Date **February 16, 2022**
  Signature of attorney for debtor                 MM / DD / YYYY

**Jay L. Lubetkin**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone   **973-597-9100**        Email address _____

**20245 NJ**
Bar number and State

## UNANIMOUS CONSENT
## OF SOLE OFFICER, DIRECTOR, AND SHAREHOLDER OF PJR CONSTRUCTION GROUP, INC.

I, the undersigned sole officer, director, and shareholder of PJR Construction Group, Inc.

(the "Company"), hereby confirm the adoption of the Company of the following resolutions:

BE IT RESOLVED that the Company is authorized to institute a Chapter 7 bankruptcy filing in the United States Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in connection with such Chapter 7 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Consent as of this _15_ day of _February_____, 2022.

_____
ADAM LIEBERMAN

**Fill in this information to identify the case:**

Debtor name   **PJR Construction Group, Inc.**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 16, 2022**      X /s/ **Adam Lieberman**
                                              Signature of individual signing on behalf of debtor

                                              **Adam Lieberman**
                                              Printed name

                                              **Sole Officer, Director and Shareholder**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __PJR Construction Group, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ 1,691.93

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ 1,691.93

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 2,083,326.00

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b

   $ 2,083,326.00

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PJR Construction Group, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)     Type of account          Last 4 digits of account
number

|  |  |  |  |  |
|---|---|---|---|---|
| 3.1. | **TD Bank**<br>**600 W Main Street**<br>**Freehold, NJ 07728** | **Checking** | **1726** | **$691.93** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                           $691.93
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**          See Attached Rider

|  |  |  |  |  |
|---|---|---|---|---|
| 11b. Over 90 days old: | 0.00 | - | 0.00 =.... | **Unknown** |
|  | face amount |  | doubtful or uncollectible accounts |  |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**PJR Construction Group, Inc.**

**Accounts Receivable**

| Owner/Address | Amount |
|---|---|
| Car Tech Auction, Inc.<br>528 Morristown Road<br>Matawan, NJ 07747 | $236,678.30 |
| *Contract taken over by owner upon Debtor's default, and thus receivable subject to damages offset. | includes $71,960 retainage |
| 999 Route 33<br>d/b/a Garden State Bobcat<br>999 Route 33<br>Howell, NJ 07731 | $103,536.40 |
| *Contract taken over by owner upon Debtor's default, and thus receivable subject to damages offset. | includes $93,089 retainage |
| **Non Collectible Based on Prior Efforts of Debtor** | |
| H.K. Truck Services, Inc.<br>Parsippany Center<br>2624-A Hamilton Blvd.<br>South Plainfield, NJ 07080 | $5,470.00 |
| Kingdom Church<br>1005 Whitehead Rod<br>Ewing, NJ 08638 | $3,246.02 |
| Toms River Census Bureau<br>Rocco Berardi<br>7 N Broad Street<br>Ridgewood, NJ07450 | $20,118.09 |

Debtor   **PJR Construction Group, Inc.**                    Case number *(if known)* _____
       Name

| 12. | **Total of Part 3.** | $0.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4:   Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Miscellaneous** **(phone system, server, eight desktop computers, two copiers, printers, scanners, shredders, typewriter, refrigerator, toaster, coffee pot)** | $0.00 | | $1,000.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|---|---|---|---|---|

| 43. | **Total of Part 7.** | $1,000.00 |
|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **PJR Construction Group, Inc.** | Case number *(If known)* | _____ |
|--------|----------------------------------|--------------------------|---------------|
|        | Name |  |  |

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 3

Debtor   **PJR Construction Group, Inc.** _____   Case number *(If known)* _____
              Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $691.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...............................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,691.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,691.93 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __**PJR Construction Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **PJR Construction Group, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507)?

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,594.69 |
|---|---|---|---|
| | **AA Glass**<br>**2345 Route 9**<br>**Bldg 1**<br>**Unit 3**<br>**Toms River, NJ 08755** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $665,324.06 |
|---|---|---|---|
| | **Adam Lieberman**<br>**200 Village Center Dr.**<br>**PO Box is 6922**<br>**Freehold, NJ 07728** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Last repayment to creditor was made on June 19, 2020, and cleared on June 22, 2020.  Subsequent loans were made by creditor to debtor of $181,199.98.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,375.20 |
|---|---|---|---|
| | **ADK Electric**<br>**858 US-1**<br>**Edison, NJ 08817** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537.39 |
|---|---|---|---|
| | **Aggressive Prop. Mgt.**<br>**580 Squankum Yellow Brook Rd.**<br>**Farmingdale, NJ 07727** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          50844          Best Case Bankruptcy

Debtor   **PJR Construction Group, Inc.**                                    Case number (if known) _____
          Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,056.80 |

**Builtwell Construction**
**39 Bishop Street**
**Browns Mills, NJ 08015**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91,333.57 |

**Bursese Electric**
**1275 Bloomfield Avenue**
**1-6A**
**Fairfield, NJ 07004**

Date(s) debt was incurred  May 25, 2021

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.48 |

**Cablevision**
**PO Box 371378**
**Pittsburgh, PA 15250-7378**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,233.10 |

**Commercial Flooring**
**615 Hope Road**
**B#2**
**Eatontown, NJ 07724**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,200.00 |

**Deano Plumbing**
**14 Hillside Road**
**Englishtown, NJ 07726**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,777.80 |

**Delahanty Landscaping**
**14 Hillside Road**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,035.00 |

**East Coast Mechanical**
**5133 West Hurley Pond Rd.**
**Farmingdale, NJ 07727**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PJR Construction Group, Inc.** | | Case number (if known) |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,373.38 |
|---|---|---|---|

**Elite Painting**
**600 Deer Road**
**Suite 10**
**Cherry Hill, NJ 08034**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Engineered Design Gr.**
**75 South Street**
**Freehold, NJ 07728**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
|---|---|---|---|

**Epic Well Drilling**
**122 Caldwell Ave.**
**Forked River, NJ 08731**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,291.00 |
|---|---|---|---|

**Fairborn Equip**
**PO Box 123**
**Upper Sandusky, OH 43351**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.46 |
|---|---|---|---|

**Federal Express**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $333,000.00 |
|---|---|---|---|

**Fiore Paving**
**4 Fiore Court**
**Oceanport, NJ 07757**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,250.00 |
|---|---|---|---|

**Fire Pro Tech**
**6 Station Place**
**Howell, NJ 07731**

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **PJR Construction Group, Inc.**                                    Case number (if known) _____
                    Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,036.60 |
|---|---|---|---|

**Giejda Landscaping**
**310 West Farms Road**
**Farmingdale, NJ 07727**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|---|---|---|---|

**Gravatt Consulting**
**414 Lacey Road**
**Forked River, NJ 08731**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $406.49 |
|---|---|---|---|

**Guardian**
**PO Box 824404**
**Philadelphia, PA 19182**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Horizon BCBS of NJ**
**PO Box 1738**
**Newark, NJ 07101-1738**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.00 |
|---|---|---|---|

**Jersey Central Power & Light**
**PO Box 3687**
**Akron, OH 44309**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,206.58 |
|---|---|---|---|

**MGS Contracting LLC**
**30 Wilson Ave**
**South River, NJ 08882**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.54 |
|---|---|---|---|

**Mocean**
**999 Airport Road**
**Unit 2**
**Lakewood, NJ 08701**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | PJR Construction Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,006.40 |
|---|---|---|---|
| | **Mr. Concrete**<br>**396 Whitehead Avenue**<br>**South River, NJ 08882** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,603.18 |
|---|---|---|---|
| | **National Fence**<br>**1033 Route 1**<br>**Avenel, NJ 07001** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580.00 |
|---|---|---|---|
| | **Netcentric, Inc.**<br>**345 Hwy 9 South**<br>**S#343**<br>**Manalapan, NJ 07726** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.59 |
|---|---|---|---|
| | **New Jersey Natural Gas**<br>**PO Box 11743**<br>**Newark, NJ 07101** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,904.01 |
|---|---|---|---|
| | **O'Flaherty**<br>**18 Hudson Street**<br>**Freehold, NJ 07728** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,556.56 |
|---|---|---|---|
| | **Ocean Coast Electric**<br>**176 Old Forge Road**<br>**Monroe Township, NJ 08831** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,200.00 |
|---|---|---|---|
| | **PMCI Paving**<br>**224 Jackson Mills Rd**<br>**Freehold, NJ 07728** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    PJR Construction Group, Inc.
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | $87.58 |

Quadient Finance USA Inc.
PO Box 6813
Carol Stream, IL 60197

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | $1,640.00 |

Set Rite Corp.
PO Box 988
Levittown, PA 19508

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | $76,160.00 |

SJK Steel
103 Schley Avenue
Toms River, NJ 08755

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address | $5,644.00 |

Surfside Mechanical
1981 Brooklyn Ave.
Whiting, NJ 08759

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address | $156,701.39 |

TFE Contractors
54 Porter Road
Howell, NJ 07731

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address | $7,001.37 |

Traffic Plan
5300 Asbury Road
Farmingdale, NJ 07727

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

| | | |
|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address | $340.78 |

United/Mr. John
PO Box 735008
Dallas, TX 75373

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
□ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No □ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

| Debtor | PJR Construction Group, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lawrence Shapiro, Esq.**<br>**Ansell Grimm & Aaron PC**<br>**1500 Larence Avenue**<br>**CN 7807**<br>**Asbury Park, NJ 07712** | Line  **3.17**<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,083,326.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,083,326.00 |

| Fill in this information to identify the case: |
|---|
| Debtor name    **PJR Construction Group, Inc.** |
| United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____ |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | General contract | |
| | State the term remaining | | 999 Route 33, LLC |
| | List the contract number of any government contract | _____ | d/b/a Garden State Bobcat<br>999 Route 33<br>Howell, NJ 07731 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
| | State the term remaining | | AA Glass |
| | List the contract number of any government contract | _____ | 2345 Route 9<br>Bldg 1<br>Unit 3<br>Toms River, NJ 08755 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Warehouse expansion contract | |
| | State the term remaining | | ADI Marketing Inc. |
| | List the contract number of any government contract | _____ | 471 Blair Road<br>Avenel, NJ 07001 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
| | State the term remaining | | ADK Electrical Service, Inc. |
| | List the contract number of any government contract | _____ | 858 US Highway 1<br>Suite 1<br>Edison, NJ 08817 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **PJR Construction Group, Inc.** _____   Case number _(if known)_ _____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest          Subcontract

  State the term remaining

  List the contract number of any government contract          _____

Aggressive Prop. Mgt.
580 Squankum Yellow Brook Rd.
Farmingdale, NJ 07727

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest          General contract

  State the term remaining

  List the contract number of any government contract          _____

American Spraytech
205 Meister Avenue
Branchburg, NJ 08853

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest          Subcontract

  State the term remaining

  List the contract number of any government contract          _____

Builtwell Construction
39 Bishop Street
Browns Mills, NJ 08015

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest          Subcontract

  State the term remaining

  List the contract number of any government contract          _____

Bursese Electric
1275 Bloomfield Ave.
Fairfield, NJ 07004

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest          General contract

  State the term remaining

  List the contract number of any government contract          _____

Car Tech Auction
528 Morristown Road
Matawan, NJ 07747

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest          Subcontract

  State the term remaining

  List the contract number of any

Commercial Flooring
615 Hope Road
B#2
Eatontown, NJ 07724

Debtor 1   **PJR Construction Group, Inc.**                                   Case number *(if known)* _____

First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|   | government contract | _____ |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | State the term remaining | | **Deano Plumbing** |
|   | List the contract number of any government contract | | **14 Hillside Road** **Englishtown, NJ 07726** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | State the term remaining | | **Delahanty Landscaping** |
|   | List the contract number of any government contract | | **14 Hillside Road** **Farmingdale, NJ 07727** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | State the term remaining | | **East Coast Mechanical** |
|   | List the contract number of any government contract | | **5133 West Hurley Pond Rd.** **Farmingdale, NJ 07727** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | State the term remaining | | **Elite Painting** |
|   | List the contract number of any government contract | | **600 Deer Road** **Suite 10** **Cherry Hill, NJ 08034** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | State the term remaining | | **Engineered Design Gr.** |
|   | List the contract number of any government contract | | **75 South Street** **Freehold, NJ 07728** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract** | |
|---|---|---|---|
|   | | | **Epic Well Drilling** **122 Caldwell Ave.** **Forked River, NJ 08731** |

Debtor 1    **PJR Construction Group, Inc.**                                    Case number *(if known)*
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**            **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

    State the term remaining

    List the contract number of any
       government contract        _____

| | | |
|---|---|---|
| **2.17.** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract |
| | State the term remaining | |
| | List the contract number of any government contract | **Fairborn Equip**<br>**PO Box 123**<br>**Upper Sandusky, OH 43351** |
| **2.18.** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract |
| | State the term remaining | |
| | List the contract number of any government contract | **Fiore Paving**<br>**4 Fiore Court**<br>**Oceanport, NJ 07757** |
| **2.19.** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract |
| | State the term remaining | |
| | List the contract number of any government contract | **Fire Pro Tech**<br>**6 Station Place**<br>**Howell, NJ 07731** |
| **2.20.** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract |
| | State the term remaining | |
| | List the contract number of any government contract | **Giejda Landscaping**<br>**310 West Farms Road**<br>**Farmingdale, NJ 07727** |
| **2.21.** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract |
| | State the term remaining | |
| | List the contract number of any government contract | **Gravatt Consulting**<br>**414 Lacey Road**<br>**Forked River, NJ 08731** |

Debtor 1    **PJR Construction Group, Inc.** _____    Case number *(if known)* _____

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | General contract | |
|---|---|---|---|
| | State the term remaining | | MGS Contracting, LLC |
| | List the contract number of any government contract | | 30 Wilson Avenue |
| | | | South River, NJ 08882 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | Mocean |
| | List the contract number of any government contract | | 999 Airport Road |
| | | | Unit 2 |
| | | | Lakewood, NJ 08701 |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | MPP Engineers LLC |
| | List the contract number of any government contract | | 79 Mill Pond Road |
| | | | Jackson, NJ 08527 |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | Mr. Concrete |
| | List the contract number of any government contract | | 396 Whitehead Avenue |
| | | | South River, NJ 08882 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | National Fence |
| | List the contract number of any government contract | | 1033 Route 1 |
| | | | Avenel, NJ 07001 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | O'Flaherty |
| | List the contract number of any | | 18 Hudson Street |
| | | | Freehold, NJ 07728 |

Debtor 1   **PJR Construction Group, Inc.**                                     Case number *(if known)* _____
       First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Ocean Coast Electric<br>176 Old Forge Road<br>Monroe Township, NJ 08831 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | PMCI Paving<br>224 Jackson Mills Rd<br>Freehold, NJ 07728 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Postage machine lease | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Quadient Finance USA, Inc. (formly Neopo<br>PO Box 6813<br>Carol Stream, IL 60197-6813 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | RAN Building Interiors<br>2 Tallyrand Drive<br>Colts Neck, NJ 07722 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | SJK Steel<br>103 Schley Avenue<br>Toms River, NJ 08755 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Subcontract | Surfside Mechanical<br>1981 Brooklyn Ave.<br>Whiting, NJ 08759 |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **PJR Construction Group, Inc.** _____    Case number (*if known*) _____
      First Name         Middle Name         Last Name

### ▮ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
   government contract    _____

---

**2.34.** State what the contract or    **Subcontract**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **TFE Contractors**
   government contract    _____  **54 Porter Road**
                                    **Howell, NJ 07731**

---

**2.35.** State what the contract or    **Subcontract**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **United Site Services**
   government contract    _____  **PO Box 130**
                                    **Keasbey, NJ 08832**

---

**2.36.** State what the contract or    **Porta John rental**
lease is for and the nature of
the debtor's interest

State the term remaining

List the contract number of any        **United/Mr. John**
   government contract    _____  **PO Box 735008**
                                    **Dallas, TX 75373**

---

**Fill in this information to identify the case:**

Debtor name __**PJR Construction Group, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor |
|---|---|---|

|  | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | _____ Street _____ _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | _____ Street _____ _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | _____ Street _____ _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | _____ Street _____ _____ City        State        Zip Code | _____ | ☐ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **PJR Construction Group, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an
   amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:** From **10/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | $0.00 |
   | **For year before that:** From **10/01/2020** to **9/30/2021** | ■ Operating a business<br>☐ Other | $1,456,627.00 |
   | **For the fiscal year:** From **10/01/2019** to **9/30/2020** | ■ Operating a business<br>☐ Other | $5,143,059.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Adam Lieberman 200 Village Center Dr. PO Box 6922 Freehold, NJ 07728 Sole Shareholder | Last payment made May 12, 2021. | $39,173.48 | Ordinary course salary timely paid and monthly ordinary course expense reimbursement timely paid |
| 4.2.   Stacey Lieberman 350 Elton Adelphia Road Freehold, NJ 07728 | Last payment made May 12, 2021 | $8,430.25 | Ordinary course salary timely paid and ordinary course expense reimbursement timely paid. |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Fiore Paving Co., Inc. v. PJR Construction Group, Inc., et al. MON-L-3390-21 | Civil Involves cross claims by Car Tech and Bursese Electric | Superior Court of New Jersey Law Division, Monmouth County 71 Monument St Freehold, NJ 07728 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.   Commercial Flooring & Interior Concepts, Inc. v. PJR Construction Group, Inc., et al. MON-DC-000115-22 | Civil | Superior Court of New Jersey, Law Div. 71 Monument St. Freehold, NJ 07728 | ■ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

### Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

### Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets — Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

### Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rabinowitz, Lubetkin & Tully, LLC**<br>**293 Eisenhower Parkway**<br>**Suite 100**<br>**Livingston, NJ 07039** | **Attorney Fees** | **6/18/2021** | **$5,338.00** |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

---

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **PJR Construction Group, Inc.** _____    Case number _(if known)_ _____

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **DCH Freehold Toyota**<br>**4268 ROUTE 9**<br>**Freehold, NJ 07728** | **Debtor sold motor vehicle in exchange<br>for satisfaction of the secured claim.**<br>**The Debtor previously received an offer<br>for less than the amount of the secured<br>claim.** | **6/22/2021** | **$30,995.00** |
| | Relationship to debtor<br>_____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **200 Daniels Way**<br>**Freehold, NJ 07728** | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **PJR Construction Group, Inc.**                                    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TD Bank<br>600 Main Street<br>Freehold, NJ 07728 | XXXX-5462 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | 6/19/2021 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **PJR Construction Group, Inc.**                                    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Adam Lieberman**<br>**200 Village Center Dr.**<br>**PO Box 6922**<br>**Freehold, NJ 07728** | **Inception to current** |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

       ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Glass & Shiechel CPA, LLP**<br>**110 Stewart Avenue**<br>**Hicksville, NY 11801** | |

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **PJR Construction Group, Inc.** _____    Case number *(if known)* _____

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.    Adam Lieberman<br>200 Village Center Dr.<br>PO Box is 6922<br>Freehold, NJ 07728 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.<br><br>Adam Lieberman<br>PO Box is 6922<br>200 Village Center Dr.<br>Freehold, NJ 07728 | <br><br><br><br>$39,173.48 | | Ordinary course salary timely paid and monthly ordinary course expense reimbursement timely paid. |
| **Relationship to debtor**<br>Sole Officer, Director and Shareholder | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **PJR Construction Group, Inc.**                                    Case number *(if known)* _____

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2 | | | | Ordinary course salary timely paid and ordinary course expense reimbursement timely paid. |
| | Stacey Lieberman<br>350 Elton Adelphia Road<br>Freehold, NJ 07728 | $8,430.25 | | |
| | Relationship to debtor | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 16, 2022**

**/s/ Adam Lieberman**                                    **Adam Lieberman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Officer, Director and Shareholder**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re    **PJR Construction Group, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,338.00 |
| Prior to the filing of this statement I have received | $ | 5,338.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, exemption litigation, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 16, 2022**

*Date*

**/s/ Jay L. Lubetkin**

**Jay L. Lubetkin**
*Signature of Attorney*
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100   Fax: 973-597-9119**
*Name of law firm*

---

# United States Bankruptcy Court
## District of New Jersey

In re   **PJR Construction Group, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Officer, Director and Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 16, 2022**

**/s/ Adam Lieberman**

**Adam Lieberman/Sole Officer, Director and Shareholder**
Signer/Title

999 Route 33, LLC
d/b/a Garden State Bobcat
999 Route 33
Howell, NJ 07731

AA Glass
2345 Route 9
Bldg 1
Unit 3
Toms River, NJ 08755

AA Glass
2345 Route 9
Bldg 1
Unit 3
Toms River, NJ 08755

Adam Lieberman
200 Village Center Dr.
PO Box is 6922
Freehold, NJ 07728

ADI Marketing Inc.
471 Blair Road
Avenel, NJ 07001

ADK Electric
858 US-1
Edison, NJ 08817

ADK Electrical Service, Inc.
858 US Highway 1
Suite 1
Edison, NJ 08817

Aggressive Prop. Mgt.
580 Squankum Yellow Brook Rd.
Farmingdale, NJ 07727

Aggressive Prop. Mgt.
580 Squankum Yellow Brook Rd.
Farmingdale, NJ 07727

American Spraytech
205 Meister Avenue
Branchburg, NJ 08853

Builtwell Construction
39 Bishop Street
Browns Mills, NJ 08015


Builtwell Construction
39 Bishop Street
Browns Mills, NJ 08015


Bursese Electric
1275 Bloomfield Avenue
1-6A
Fairfield, NJ 07004


Bursese Electric
1275 Bloomfield Ave.
Fairfield, NJ 07004


Cablevision
PO Box 371378
Pittsburgh, PA 15250-7378


Car Tech Auction
528 Morristown Road
Matawan, NJ 07747


Commercial Flooring
615 Hope Road
B#2
Eatontown, NJ 07724


Commercial Flooring
615 Hope Road
B#2
Eatontown, NJ 07724


Deano Plumbing
14 Hillside Road
Englishtown, NJ 07726


Deano Plumbing
14 Hillside Road
Englishtown, NJ 07726

Delahanty Landscaping
14 Hillside Road
Farmingdale, NJ 07727


Delahanty Landscaping
14 Hillside Road
Farmingdale, NJ 07727


East Coast Mechanical
5133 West Hurley Pond Rd.
Farmingdale, NJ 07727


East Coast Mechanical
5133 West Hurley Pond Rd.
Farmingdale, NJ 07727


Elite Painting
600 Deer Road
Suite 10
Cherry Hill, NJ 08034


Elite Painting
600 Deer Road
Suite 10
Cherry Hill, NJ 08034


Engineered Design Gr.
75 South Street
Freehold, NJ 07728


Engineered Design Gr.
75 South Street
Freehold, NJ 07728


Epic Well Drilling
122 Caldwell Ave.
Forked River, NJ 08731


Epic Well Drilling
122 Caldwell Ave.
Forked River, NJ 08731


Fairborn Equip
PO Box 123
Upper Sandusky, OH 43351

Fairborn Equip
PO Box 123
Upper Sandusky, OH 43351


Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461


Fiore Paving
4 Fiore Court
Oceanport, NJ 07757


Fiore Paving
4 Fiore Court
Oceanport, NJ 07757


Fire Pro Tech
6 Station Place
Howell, NJ 07731


Fire Pro Tech
6 Station Place
Howell, NJ 07731


Giejda Landscaping
310 West Farms Road
Farmingdale, NJ 07727


Giejda Landscaping
310 West Farms Road
Farmingdale, NJ 07727


Gravatt Consulting
414 Lacey Road
Forked River, NJ 08731


Gravatt Consulting
414 Lacey Road
Forked River, NJ 08731


Guardian
PO Box 824404
Philadelphia, PA 19182

Horizon BCBS of NJ
PO Box 1738
Newark, NJ 07101-1738


Jersey Central Power & Light
PO Box 3687
Akron, OH 44309


Lawrence Shapiro, Esq.
Ansell Grimm & Aaron PC
1500 Larence Avenue
CN 7807
Asbury Park, NJ 07712


MGS Contracting LLC
30 Wilson Ave
South River, NJ 08882


MGS Contracting, LLC
30 Wilson Avenue
South River, NJ 08882


Mocean
999 Airport Road
Unit 2
Lakewood, NJ 08701


Mocean
999 Airport Road
Unit 2
Lakewood, NJ 08701


MPP Engineers LLC
79 Mill Pond Road
Jackson, NJ 08527


Mr. Concrete
396 Whitehead Avenue
South River, NJ 08882


Mr. Concrete
396 Whitehead Avenue
South River, NJ 08882

National Fence
1033 Route 1
Avenel, NJ 07001


National Fence
1033 Route 1
Avenel, NJ 07001


Netcentric, Inc.
345 Hwy 9 South
S#343
Manalapan, NJ 07726


New Jersey Natural Gas
PO Box 11743
Newark, NJ 07101


O'Flaherty
18 Hudson Street
Freehold, NJ 07728


O'Flaherty
18 Hudson Street
Freehold, NJ 07728


Ocean Coast Electric
176 Old Forge Road
Monroe Township, NJ 08831


Ocean Coast Electric
176 Old Forge Road
Monroe Township, NJ 08831


PMCI Paving
224 Jackson Mills Rd
Freehold, NJ 07728


PMCI Paving
224 Jackson Mills Rd
Freehold, NJ 07728


Quadient Finance USA Inc.
PO Box 6813
Carol Stream, IL 60197

Quadient Finance USA, Inc. (formly Neopo
PO Box 6813
Carol Stream, IL 60197-6813


RAN Building Interiors
2 Tallyrand Drive
Colts Neck, NJ 07722


Set Rite Corp.
PO Box 988
Levittown, PA 19508


SJK Steel
103 Schley Avenue
Toms River, NJ 08755


SJK Steel
103 Schley Avenue
Toms River, NJ 08755


Surfside Mechanical
1981 Brooklyn Ave.
Whiting, NJ 08759


Surfside Mechanical
1981 Brooklyn Ave.
Whiting, NJ 08759


TFE Contractors
54 Porter Road
Howell, NJ 07731


TFE Contractors
54 Porter Road
Howell, NJ 07731


Traffic Plan
5300 Asbury Road
Farmingdale, NJ 07727


United Site Services
PO Box 130
Keasbey, NJ 08832

```
United/Mr. John
PO Box 735008
Dallas, TX 75373


United/Mr. John
PO Box 735008
Dallas, TX 75373
```

# United States Bankruptcy Court
### District of New Jersey

In re   **PJR Construction Group, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **PJR Construction Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 16, 2022**

Date

**/s/ Jay L. Lubetkin**

**Jay L. Lubetkin**

Signature of Attorney or Litigant

Counsel for   **PJR Construction Group, Inc.**

**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100 Fax:973-597-9119**